1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAREN M. GONZALES,                    Case No.  1:21-cv-01008-HBK

12              Plaintiff,                  ORDER GRANTING MOTION TO
                                            PROCEED *IN FORMA PAUPERIS*,
13        v.                                DIRECTING CLERK TO ISSUE THE
                                            SCHEDULING ORDER
14   COMMISSIONER OF SOCIAL
     SECURITY,                              (Doc. No.  2)
15
                Defendant.
16

17

18

19          Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*

20   under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in

21   the motion satisfies the requirements under § 1915 to proceed *in forma pauperis*.  By separate

22   order, this Court will issue its Scheduling Order.

23          Accordingly, it is **ORDERED**:

24          1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

25          2.  The Clerk is directed to issue the Scheduling Order.

26          3.  The Clerk is directed to issue summons and service shall proceed under the Court's E-

27   Service program as set forth in the Scheduling Order.

28

IT IS SO ORDERED.

Dated:    June 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE