# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. GONZALES,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-01008-DAD-HBK<br><br>ORDER TO SHOW CAUSE TO PLAINTIFF OR FILE A THIRD MOTION FOR ENLARGEMENT OF TIME OR AN OPENING BRIEF<br><br>SEVEN-DAY DEADLINE<br><br>(Doc. No. 15) |

    This matter comes before the Court upon periodic review of the file. Plaintiff initiated this action through counsel on June 25, 2021. (Doc. No. 1). Plaintiff was granted leave to proceed *in forma pauperis.* (Doc. No. 3). On February 9, 2022, the court entered a text only order granting Plaintiff's second unopposed motion for an enlargement of time to file an opening brief. (Doc. No. 15). Plaintiff's opening brief was due no later than March 21, 2022. As of the date on this Order Plaintiff has neither sought an additional enlargement of time nor filed an opening brief.

    Accordingly, it is **ORDERED**:

    1. Plaintiff shall show cause within seven (7) days from the date on this Order why this case should not be dismissed for failure to prosecute.

    2. Alternatively, within seven (7) days from the date on this order, Plaintiff shall either seek a third extension of time to file an opening brief or file an opening brief.

3. Plaintiff's failure to respond to this Order, or explain her inability to respond, will result in the recommendation that this case be dismissed without further notice for Plaintiff's failure to comply with a court order and to prosecute this action.

Dated:   May 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE