UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. GONZALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-01008-ADA-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF Nos. 28, 30) |

　　　　Plaintiff Karen M. Gonzales ("Plaintiff") initiated this action seeking judicial review of a final decision of the Commissioner of Social Security. (ECF No. 1).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

　　　　On December 13, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, be granted.  (ECF No. 30).  The findings and recommendations contained a notice that any objections were due within fourteen days.  (*Id.* at 1, 3).  As of the date of this order no objections have been filed, and the deadline for doing so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 13, 2022, (ECF No. 30), are adopted in full;
2. Plaintiff's Motion for Attorney Fees, (ECF No. 28), is GRANTED;
3. Pursuant to the EAJA, 28 U.S.C. § 2412(d), Plaintiff is awarded attorney's fees in the amount of $7,697.04;
4. After the issuance of this order, the government shall consider the assignment of the EAJA attorney's fees to Plaintiff's counsel;
    a. Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;
    b. Fees shall be made payable to Plaintiff, but if the DOT determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to Plaintiff's counsel, Jonathan O. Peña;
5. Whether the payment of attorney's fees is made payable to Plaintiff or to their counsel, the check will be mailed to Plaintiff's counsel's mailing address at:

> Jonathan O. Peña
> Peña & Bromberg, PLC
> 2449 Tulare St., Ste. 320
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE

2