UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. GONZALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-01008-NODJ-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

Plaintiff Karen M. Gonzales initiated this action seeking judicial review of a final decision of the Commissioner of Social Security. (Doc. No. 1). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15). (E.D. Cal. 2022).

On November 25, 2024, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) be granted. (Doc. No. 33). The findings and recommendations contained a notice that any objections were due within fourteen days. (*Id.* at 1, 4). As of the date of this Order, no objections have been filed, and the deadline for doing so has passed.

In accordance with 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the magistrate judge's findings and recommendations are supported by the record and proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations issued on November 25, 2024 (ECF No. 33) are ADOPTED IN FULL;
2. Plaintiff's motion for an award of attorney's fees under § 406(b) (ECF No. 32) is GRANTED.
3. Plaintiff is awarded $31,235.43 in attorney's fees pursuant to 42 U.S.C. § 406(b).
4. Counsel shall refund to Plaintiff $7,697.04 of the § 406(b) fees awarded as an offset for the EAJA fees previously awarded pursuant to 28 U.S.C. § 2412(d).
5. The Clerk of the Court is respectfully directed to serve a copy of this Order on Plaintiff Karen M. Gonzales, 401 Villa Ave., Apt. 146, Clovis, CA, 93612.

IT IS SO ORDERED.

Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2